UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21832-Civ-MARTINEZ

UNITED STATES OF AMERICA,
    Plaintiff,
v.

$81,793.33 IN U.S. CURRENCY
AND ACCRUED INTEREST,

_____/

## ORDER OF FORFEITURE

THIS CAUSE came before the Court on Plaintiff's *Motion for Entry of an Order of Forfeiture*, and the Court having considered the matter, hereby finds as follows:

1. That Plaintiff filed a *Verified Complaint for Forfeiture in Rem* against $81,793.33 IN U.S. CURRENCY AND ACCRUED INTEREST (hereinafter "defendant currency").[1] [DE 1]

2. That as more fully set forth in the complaint, the United States sought forfeiture of the defendant currency pursuant to: A) 31 U.S.C. § 5332(c)(1), as property involved in, and any property traceable to, a violation of 31 U.S.C. § 5332(a) (bulk cash smuggling); and B) 31 U.S.C. § 5317(c)(2), as property involved in, and any property traceable thereto, a violation of 31 U.S.C. § 5316

---

[1] The currency comprises $12,950 in U.S. currency, €52,425 Euros converted to $68,456.57 in U.S. currency, 531,000.00 Venezuelan Bolivares converted to $205.78 in U.S. currency and £95.00 British Pounds converted to $180.98 U.S. currency.

1

U.S. v. $81,793.33 in U.S. currency
Case No. 08-21832-Civ-Martinez

(failure to file a report of monetary instruments of more than $10,000 at one time, being transported, or transported to a place in the United States from or through a place outside the United States).

3. That process was duly issued in this cause and that the defendant currency was duly seized pursuant to said process. [DE 3,6]

4. That notice of the action and arrest was properly given by publication in the <u>Miami Daily Business Review</u> on July 10, July 17 and July 24, 2008 and beginning on July 1, 2008, was posted on an official government internet site (<u>www.forfeiture.gov</u>) for at least 30 days in accordance with Supplemental Rule G(4)(a). [DE 7]

5. That in addition to the legal notice by publication, Plaintiff issued personal notice of this pending lawsuit to Ricardo P. Hermida, Esq., counsel for Fabian Giovanny Cedeno Pinzon ("Claimant Pinzon").

6. That Claimant Pinzon filed a Verified Claim for the defendant currency. [DE 4]

7. That Claimant Pinzon filed a motion to dismiss the complaint and/or strike allegations set forth therein [DE 8]; the government filed a response in opposition [DE 10]; Claimant Pinzon filed a reply [DE 12]; and the government filed a Notice of Supplemental Authority [DE 13].

U.S. v. $81,793.33 in U.S. currency
Case No. 08-21832-Civ-Martinez

    8.    That a settlement has been reached in which Plaintiff United States and Claimant Pinzon agreed to settle this action and, <u>inter alia</u>, Claimant agreed to the forfeiture of $65,434.66, including any and all interest accrued, to the United States pursuant to 31 U.S.C. §§ 5332(c) and 5317(c)(2). The United States agreed to return $16,358.67, without any interest, to Claimant Pinzon through his counsel, via check made payable to "Ricardo P. Hermida, Esq. Trust Account." The check shall be mailed to Claimant Pinzon, c/o of Ricardo P. Hermida, Esq., 55 Merrick Way, Suite 212, Coral Gables, FL   33134.

    9.    That no other person has filed a claim, answer, or other responsive pleading, other than Claimant Pinzon, and the time fixed by law for filing a claim, answer, or other responsive pleading has passed.

Based upon the above findings, and the Court being otherwise fully advised in the matter, it is hereby,

**ORDERED AND ADJUDGED:**

    1.    That Plaintiff United States of America's Motion for Entry of an Order of forfeiture is hereby GRANTED.

    2.    That the *Stipulation and Settlement Agreement* between the United States is hereby APPROVED AND ADOPTED.

    3.    That pursuant to the terms in the *Stipulation and Settlement Agreement*, $65,434.66, including any and all interest

U.S. v. $81,793.33 in U.S. currency
Case No. 08-21832-Civ-Martinez

accrued, is hereby forfeited to the United States pursuant to 31 U.S.C. §§ 5332(c) and 5317(c)(2). The United States shall return $16,358.67, without any interest, to Claimant Pinzon through his counsel, via check made payable to "Ricardo P. Hermida, Esq. Trust Account." The check shall be mailed to Claimant Pinzon, c/o of Ricardo P. Hermida, Esq., 55 Merrick Way, Suite 212, Coral Gables, FL   33134.

4. That any and all interests of all other persons except for Claimant Pinzon are hereby defaulted for failure to timely plead, answer or otherwise defend against said cause as required by law.

5. That the United States shall dispose of the $65,434.66, including any and all interest accrued, in accordance with law.

6. That this Court shall retain jurisdiction of this matter to enforce the terms of the *Stipulation and Settlement Agreement* and this Order.

U.S. v. $81,793.33 in U.S. currency
Case No. 08-21832-Civ-Martinez

    7.    That this case is closed.

DONE AND ORDERED in chambers in Miami, Florida, dated this 3 day of Dec .2009.

                                  JOSE A. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

cc:    AUSA Barbara Papademetriou (two certified copies)